MIRIAM LÓPEZ (SBN 131560)
mlopez@BushGottlieb.com
MELVIN YEE (SBN 241569)
myee@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Plaintiffs/Judgment Creditor,
DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN and DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS GUILD OF AMERICA, INC.; DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN and DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>THE NEWZ PRODUCTIONS, INC., a Delaware corporation; PRODUCTION SERVICES INTERNATIONAL, INC., a Delaware corporation; CELEBRITY ENTERTAINMENT, INC., a Delaware corporation; J. WILLIAM METZGER, an individual, JAMES J. McNAMARA, an individual, ,<br><br>　　　　　Defendants. | CASE NO. CV 97-7782 WJR (RCx)<br><br>**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** |

Based on the Application for Renewal of Judgment by Plaintiffs/Judgment Creditors Directors Guild of America - Producer Pension Plan and Directors Guild of America - Producer Health Plan, the Declaration of Melvin Yee in support thereof, all other pleadings and documents on file herein, and pursuant to Fed. R.

275907.2  12270-0000

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK

1 | Civ. P 69(a) and Cal. Civ. Proc. §§683.110 and 683.320; for good cause shown,
2 | Judgment is entered herein against Production Services International, Inc., Celebrity
3 | Entertainment, Inc., and J. William Metzger, jointly and severally, and shall be
4 | renewed in the amount of $82,328.66, which includes the original judgment amount
5 | of $63,681.01 and post-judgment interest of $18,647.65.

7 | Dated: __2/17/12_____, 2012      __Lori Muraoka, Deputy Clerk__
                                          Clerk, United States District Court

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

275907.2 12270-0000

2

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK