MIRIAM LÓPEZ (SBN 131560)
mlopez@BushGottlieb.com
MELVIN YEE (SBN 241569)
myee@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 91203-3345
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Plaintiffs/Judgment Creditor,
DIRECTORS GUILD OF AMERICA - PRODUCER
PENSION PLAN and DIRECTORS GUILD OF AMERICA -
PRODUCER HEALTH PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS GUILD OF AMERICA, INC.; DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN and DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE NEWZ PRODUCTIONS, INC., a Delaware corporation; PRODUCTION SERVICES INTERNATIONAL, INC., a Delaware corporation; CELEBRITY ENTERTAINMENT, INC., a Delaware corporation; J. WILLIAM METZGER, an individual, JAMES J. McNAMARA, an individual, ,<br><br>    Defendants. | CASE NO. CV 97-7782 WJR (RCx)<br><br>**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** |

    Based on the Application for Renewal of Judgment by Plaintiffs/Judgment Creditors Directors Guild of America - Producer Pension Plan and Directors Guild of America - Producer Health Plan, the Declaration of Melvin Yee in support thereof, all other pleadings and documents on file herein, and pursuant to Fed. R.

275907.2 12270-0000

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK

Civ. P 69(a) and Cal. Civ. Proc. §§683.110 and 683.320; for good cause shown, Judgment is entered herein against Production Services International, Inc., Celebrity Entertainment, Inc., and J. William Metzger, jointly and severally, and shall be renewed in the amount of $82,328.66, which includes the original judgment amount of $63,681.01 and post-judgment interest of $18,647.65.

Dated: __2/17/12_____, 2012     __Lori Muraoka, Deputy Clerk__
                                      Clerk, United States District Court

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

275907.2 12270-0000

2

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK