1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029
2 |   Email: *Moorhead*@luch.com
225 South Lake Avenue, Suite 200
3 | Pasadena, California 91101-3030
Telephone: (626) 449-1882
4 | Facsimile: (626) 449-1958

5 | Attorneys for Plaintiffs, Directors Guild of America - Producer Pension Plan and Directors Guild of America - Producer Health Plan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIRECTORS GUILD OF AMERICA, INC.; DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN and DIRECTORS GUILD OF AMERICA - PRODUCER HEALTH PLAN,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE NEWZ PRODUCTIONS, INC., a Delaware corporation; PRODUCTION SERVICES INTERNATIONAL, INC., a Delaware corporation; CELEBRITY ENTERTAINMENT, INC., a Delaware corporation; J. WILLIAM METZGER, an individual; JAMES J. MCNAMARA, an individual,<br><br>            Defendants. | CASE NO: 2:97-cv-07782-WJR-RC<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[Cal. Code Civ. Proc. §§ 683.110-683.220; Fed. R. Civ. Proc. Rule 69]<br><br>[NO HEARING REQUIRED] |

Judgment was entered on April 11, 2002, in the amount of $63,681.01, plus post-judgment interest as provided by law, in favor of Plaintiffs/Judgment Creditors, Directors Guild of America - Producer Pension Plan and Directors Guild of America - Producer Health Plan (collectively "Judgment Creditors"), and against Defendants/Judgment Debtors, Production Services International, Inc., Celebrity Entertainment, Inc., and J. William Metzger (collectively "Judgment Debtors"). This judgment was renewed on February 17, 2012, in the amount of $82,328.66

**NOW**, upon application for renewal of judgment by Judgment Creditors, and upon declaration showing that Judgment Debtors have failed to satisfy the total amount of said judgment and are indebted to Judgment Creditors, the judgment is renewed against Production Services International, Inc., Celebrity Entertainment, Inc., and J. William Metzger, jointly and severally, as follows:

| | | | |
|---|---|---|---|
| a. | Renewed Judgment (02/17/2012) | $ | 82,328.66 |
| b. | Costs after Judgment | $ | 0.00 |
| c. | Interest after judgment computed from 02/17/2012 through 04/06/2021 at 2.64% | $ | 19,864.98 |
| d. | Less Credits | $ | 0.00 |
| e. | Total Renewed Judgment | | $102,193.64 |

Dated: April 7, 2021

_Sharon Hall Brown_ DEPUTY CLERK
CLERK OF THE COURT, KIRY K. GRAY